**Raymond BAKER, Appellant,**

v.

**STATE of Florida, Appellee.**

No. 4D16–2028.

District Court of Appeal of Florida, Fourth District.

Nov. 9, 2016.

Raymond Baker, South Bay, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed. Baker v. State*, 878 So.2d 1236, 1244–46 (Fla.2004); *Cuffy v. State*, 190 So.3d 86, 87 (Fla. 4th DCA 2015); *Gisi v. State*, 119 So.3d 534, 535 (Fla. 5th DCA

2013); *Ward v. Dugger*, 508 So.2d 778, 779 (Fla. 1st DCA 1987).

CIKLIN, C.J., CONNER and FORST, JJ., concur.